UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JONATHAN WICKERS,
    Plaintiff,

v.                                          CIVIL ACTION NO.
                                              07-12235-MBB

JAMES BENDER, Commissioner DOC;
FRANK G. COUSINS, JR., Sheriff
Essex County; PAUL GOUIN, Assistant
Deputy Superintendent; JERRY ROBITO,
Head of Security Essex County; JASON
STEINER, Investigator Essex County;
SCOTT B. SULLIVAN, Attorney Essex County;
ANTHONY MURPHY, Lt. Essex County Jail; JERRY
ENOS, Lt. Essex County Jail; EDWARD HARRINGTON,
Lt. Essex County Jail; MICHAEL O'BRIEN, Sgt.
Essex County Jail; MICHAEL RICHARDS, Correctional
Officer Essex County; M.J. McNEIL, Correctional
Officer Essex County; PAUL ATKINSON, Correctional
Officer Essex County; and JOHN and JANE DOES
ONE through TWENTY.

## FINAL JUDGMENT

### November 14, 2011

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by the court and by a jury, it is **ORDERED** and **ADJUDGED** that plaintiff Jonathan Wickers take nothing, that this action be dismissed on the merits, and that defendants recover of plaintiff their costs under Rule 54(d)(1), Fed. R. Civ. P.

                                                <u>/s/ Marianne B. Bowler</u>
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge